UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CAUSE NO. SA-21-CR-244-FB |
| IMAD EDDIN WADI | § § | |

**DEFENDANT'S WRITTEN OBJECTIONS TO
COURT'S JURY INSTRUCTION RULINGS**

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT JUDGE:

For purposes of appellate preservation, Defendant Imad Wadi objects to the Court's refusal to give each and every of Wadi's proposed instructions in Doc. 125 and Doc. 177, for the reasons argued in those filings and at the jury instruction conference of 24 May 2023. Wadi also objects to the inclusion of any alternative attempt language in the Court's instructions, for the reasons stated on the record of 24 May 2023 (including duplicity and unanimity reasons).

May 24, 2023

                                                                                 Respectfully submitted.

                                                                                 MAUREEN SCOTT FRANCO
                                                                                 Federal Public Defender

                                                                                 //s/ ANGELA SAAD LINDSEY
                                                                                 Assistant Federal Public Defender
                                                                                 Western District of Texas
                                                                                 727 East César E. Chávez Blvd., B–207
                                                                                 San Antonio, Texas 78206–1205
                                                                                 (210) 472-6700
                                                                                 (210) 472-4454 (Fax)
                                                                                 Bar Number: Texas 24059016
                                                                                 *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2023, I electronically filed the foregoing Defendant's Object to the Court's Jury Instruction Rulings with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark Roomberg
Bill Harris
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ ANGELA SAAD LINDSEY

*Attorney for Defendant*